CARPENTERS' UNION, an Unincorporated Association, SAMUEL KARNOVSKY and Others, Respondents, v. BROWNSVILLE LABOR LYCEUM ASSOCIATION, Appellant.— Motion for stay granted on condition that appellant perfect the appeal and be ready for argument on Friday, November 12, 1920, for which date the appeal is specially set down.   Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

CORNELIUS CASSIN, Appellant, v. STILLMAN, DELEHANTY, FERRIS COMPANY, Respondent.— Motion to resettle order granted.   Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

JOSEPH F. COFFEY, as Administrator, etc., of MICHAEL J. COFFEY, Deceased, Respondent, v. PATRICK H. ROCHE, Appellant.— Motion granted, without costs.   Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

BIRD S. COLER, as Commissioner of Public Charities of the City of New York, Respondent, v. ALBERT NELSON, Appellant.— Motion denied on condition that appellant perfect the appeal, place the cause on the December calendar and be ready for argument when reached; otherwise, motion granted, without costs.   Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

CLARA ALICE CROUCH, Appellant, v. IKE GEORGE CROUCH, Respondent.— Motion for leave to appeal to the Court of Appeals granted.   Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.   Settle order before Mr. Justice Blackmar.

SAMUEL A. DUNN, Appellant, v. JAMES J. BROWNE, Respondent.— Motion for reargument granted, and case set down for Tuesday, December 7, 1920.   Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.